1438

*October 29, 2009*

[Cite as *10/29/2009 Case Announcements*, 2009-Ohio-5680.]

## MERIT DECISIONS WITHOUT OPINIONS

2009–1620. **In re Application of Columbus S. Power Co. for Approval of an Elec. Sec. Plan.** Public Utilities Commission, Nos. 08–917–EL–SSO and 08–918–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellee's motion to dismiss, appellant's motion for stay of execution or in the alternative motion for collection of rates subject to refund and motion to require past collections to be escrowed, the motion to dismiss appeal of Industrial Energy Users–Ohio by Columbus Southern Power Company and Ohio Power Company, and the motion to dismiss appeal of Industrial Energy Users–Ohio by the Public Utilities Commission of Ohio,

It is ordered by the court that the motions to dismiss are granted, and the motion for stay is denied. Accordingly, this cause is dismissed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur. PFEIFER, J., dissents.

## MOTION AND PROCEDURAL RULINGS

2007-1261 and 2007-2425. **State v. Ketterer.**
Butler C.P. No. CR2003–03–0309. This cause is here on appeal from the Court of Common Pleas of Butler County. Upon review of the November 15, 2007 nunc pro tunc sentencing entry,

It is ordered by the court, sua sponte, that the parties shall file supplemental briefs to address whether the November 15, 2007 nunc pro tunc sentencing entry is a final, appealable order in light of this court's decision in *State v. Baker*, 119 Ohio St.3d 197, 2008-Ohio-3330, 893 N.E.2d 163. Appellant shall file his brief within 20 days of the date of this order. Appellee shall file its brief within 15 days of the filing of appellant's brief. The parties shall file two originals of the briefs and provide both case numbers on the cover page. Reply briefs shall not be filed, and the Clerk's Office shall refuse to file any reply briefs or requests for extension of time.

2009–1624. **State ex rel. R.W. v. Sweeney.**
Cuyahoga App. No. 93415, 2009-Ohio-3743. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to supplement the record,

It is ordered by the court that the motion is denied.

2009–1624. **State ex rel. R.W. v. Sweeney.**
Cuyahoga App. No. 93415, 2009-Ohio-3743. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to consolidate this case with case No. 2009–1626, *State ex rel. R.W. v. Sweeney*, Cuyahoga App. No. 93414,

It is ordered by the court that the motion is granted, and the causes are consolidated for briefing and decision. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

2009–1626. **State ex rel. R.W. v. Sweeney.**
Cuyahoga App. No. 93414. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to supplement record,

It is ordered by the court that the motion is denied.